UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE:

Otto Luis Casal,

           Debtor.

CASE NO.: 8-23-70279-reg

CHAPTER: 13

HON. JUDGE:
Robert E. Grossman

------------------------------------------X


# ORDER GRANTING IN REM RELIEF FROM STAY

**WHEREAS**, on or about January 25, 2023, this case commenced upon the filing of a Voluntary Petition for Bankruptcy under Chapter 13 of the United States Bankruptcy Code in this Court; and

**WHEREAS**, on or about February 9, 2023, a motion was filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust (with any subsequent successor or assign, the "Movant") seeking an Order granting In Rem Relief from Automatic Stay; and

**WHEREAS**, on or about March 13, 2023, this Court held a hearing on the motion, at which counsel for the Movant appeared,

**NOW, THEREFORE**, it is *hereby*

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under sections 362(d)(1)-(2) of the Bankruptcy Code as to the Movant's interest in the real property known as 645 Wyngate Drive West, Valley Stream, NY 11580 (County: Nassau; Section: 0035; Block: 00522-00; Lot: 00010) (the "Property") to allow

the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d)(4), if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under title 11 of the United States Code purporting to affect the Property for a period of two years from the date of entry of the within Order; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 trustee any surplus monies realized by any sale of the Property.



Dated: Central Islip, New York
March 17, 2023

Robert E. Grossman
United States Bankruptcy Judge